**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DDR HOLDINGS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>TRAVEL HOLDINGS, INC. and<br>TOURICO HOLIDAYS, INC.,<br>　　　Defendant. | §<br>§<br>§　Civil Action No. 17-CV-502-ER<br>§<br>§<br>§<br>§　JURY TRIAL DEMANDED<br>§<br>§<br>§ |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Defendant Tourico Holidays, Inc. ("Tourico") and Plaintiff DDR Holdings, LLC ("DDR"), stipulate and agree, subject to the Order of the Court, that the due date for Tourico's reply brief to its Motion to Dismiss (D.I. 13) shall be extended to August 1, 2017, and Tourico's answering brief to DDR's Motion to Sever and Transfer (D.I. 21) shall be extended to August 1, 2017.

...

- 2 -

| | |
|---|---|
| */s/ Brian E. Farnan* | */s/ Francis DiGiovanni* |
| Brian E. Farnan (#4089) | Francis DiGiovanni (#3189) |
| Farnan LLP | Curt Lambert (#4882) |
| 919 North Market Street | Thatcher A. Rahmeier (#5222) |
| 12th Floor | DRINKER BIDDLE & REATH LLP |
| Wilmington, DE 19801 | 222 Delaware Avenue, Suite 1410 |
| (302) 777-0300 | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | (302) 467-4200 |
| | francis.digiovanni@dbr.com |
| *Of Counsel:* | curt.lambert@dbr.com |
| Louis J. Hoffman | thatcher.rahmeier@dbr.com |
| LOUIS J. HOFFMAN, P.C. | |
| 7689 East Paradise Lane, Suite 2 | *Of Counsel:* |
| Scottsdale, Arizona 85260 | Marwan Elrakabawy |
| Telephone: (480) 948-3295 | NORTON ROSE FULBRIGHT US LLP |
| Facsimile: (480) 948-3387 | 98 San Jacinto Boulevard, Suite 1100 |
| louis@valuablepatents.com | Austin, TX 78701 |
| | (512) 474-5201 |
| *Attorneys for Plaintiff* | marwan.elrakabawy@nortonrosefulbright.com |
| | |
| | Dan D. Davison |
| | Brett C. Govett |
| | NORTON ROSE FULBRIGHT US LLP |
| | 2200 Ross Ave., Suite 3600 |
| | Dallas, TX 75201 |
| | (214) 855-8000 |
| | dan.davison@nortonrosefulbright.com |
| | brett.govett@nortonrosefulbright.com |
| | |
| | *Attorneys for Defendant Travel Holdings, Inc. and Tourico Holidays, Inc.* |

SO ORDERED this ___ day of July, 2017.

_____
United States District Judge