IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DDR HOLDINGS, LLC,<br>    Plaintiff,<br><br>v.<br><br>TRAVEL HOLDINGS, INC. and<br>TOURICO HOLIDAYS, INC.,<br>    Defendant. | Civil Action No. 17-CV-502-ER<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Defendant Tourico Holidays, Inc. ("Tourico") and Plaintiff DDR Holdings, LLC ("DDR"), stipulate and agree, subject to the Order of the Court, that the due date for Tourico's reply brief to its Motion to Dismiss (D.I. 13) shall be extended to August 1, 2017, and Tourico's answering brief to DDR's Motion to Sever and Transfer (D.I. 21) shall be extended to August 1, 2017.

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Of Counsel:*
Louis J. Hoffman
LOUIS J. HOFFMAN, P.C.
7689 East Paradise Lane, Suite 2
Scottsdale, Arizona 85260
Telephone: (480) 948-3295
Facsimile: (480) 948-3387
louis@valuablepatents.com

*Attorneys for Plaintiff*

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Curt Lambert (#4882)
Thatcher A. Rahmeier (#5222)
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@dbr.com
curt.lambert@dbr.com
thatcher.rahmeier@dbr.com

*Of Counsel:*
Marwan Elrakabawy
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
(512) 474-5201
marwan.elrakabawy@nortonrosefulbright.com

Dan D. Davison
Brett C. Govett
NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201
(214) 855-8000
dan.davison@nortonrosefulbright.com
brett.govett@nortonrosefulbright.com

*Attorneys for Defendant Travel Holdings, Inc. and Tourico Holidays, Inc.*

SO ORDERED this 18 day of July, 2017.

_____
United States District Judge